# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2023-2080

———————————————

NATHAN DOUGLAS BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

November 27, 2024

PER CURIAM.

AFFIRMED. *See Schoenwetter v. State*, 931 So. 2d 857, 867 (Fla. 2006) (holding a confession cannot be found to be involuntary without "coercive police conduct"); *Bruno v. State*, 574 So. 2d 76, 79–80 (Fla. 1991) (holding confession was not involuntary despite defendant's concern for a relative who police suspected might have also committed a crime).

RAY, BILBREY, and LONG, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---

Jessica J. Yeary, Public Defender, and Kasey Lacey, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Benjamin L. Hoffman, Assistant Attorney General, Tallahassee, for Appellee.